IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| J & J SPORTS PRODUCTIONS, INC., | : | Civil No. 1:16-cv-1052 |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| MICHAEL STEPP, a/k/a MIKE STEPP, individually and d/b/a ELEVENTH AVENUE BANQUET AND ENTERTAINMENT VENUE, and LA ISLA ENTERTAINMENT GROUP, LLC, an unknown business entity d/b/a ELEVENTH AVENUE BANQUET AND ENTERTAINMENT VENUE, | : | |
| | : | |
| Defendants. | : | Judge Sylvia H. Rambo |

# **O R D E R**

In accordance with the accompanying memorandum of law, **IT IS HEREBY ORDERED** that Plaintiff's motion (Doc. 17) for leave to amend the complaint and caption is **DENIED**. Should Plaintiff desire to voluntarily dismiss defendant Michael Stepp from this case, the parties shall take appropriate action under the Federal Rules of Civil Procedure to effectuate this dismissal.

                                                  s/Sylvia H. Rambo
                                                  SYLVIA H. RAMBO
                                                  United States District Judge

Dated: April 16, 2018